# Gerald's Towing & Truck Repair

1633 Saint Mary Street or P.O. Box 808, Scott LA 70583 | Phone: 337-235-5263 | Fax: (337) 235-5173

Ex A

## RECEIPT

**Invoice** | Photos

### Basic Details

| | |
|---|---|
| Invoice # | 21-1211-6252 |
| Call # | 06252 |
| Account | Lafayette City Police NIL |
| | 900 E. University Lafayette LA 70501 |
| Driver | Jason Leblanc |
| Truck | 117 |
| Date/Time Requested: | 12/11/2021 @ 10:31 AM |
| Tow From: | 110 Ambassador Caffery Pkwy, Scott, LA 70583, USA |
| Tow To: | 915 S College Rd, Lafayette, LA 70503, USA |
| Notes | Rollback |

### Vehicle Summary

| | |
|---|---|
| VIN Number: | 1FMZU62K04UB40296 |
| Model: | 2004 Ford Explorer (Blue) |
| License Plate: | 618DSP (LA) |
| Drivable: | No |

### Charges Summary

| Service Item | Units/Qty | Price | Line Total |
|---|---|---|---|
| Fuel Surcharge | 1 | $19.35 | $19.35 |
| Emergency Wrecker - Towing | 1.5 | $107.50 | $161.25 |
| | | Subtotal | $180.60 |
| | | Taxes | $0.00 |
| | | **Grand Total** | **$180.60** |

**Cash payment (Ref # Cash) of $180.60 applied**